United States District Court
for the District of New Jersey

_____   :
                                              :
**STEVEN BECKER, ET AL.**                     :
                                              :        Civil No. 09-1154
            Plaintiff                         :
                                              :
        vs.                                   :        Order of Reassignment
**HORIZON BLUE CROSS**                        :
                                              :
            Defendant                         :
_____   :

It is on this 20th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Stanley R, Chesler.

                                                S/Garrett E. Brown, Jr.
                                   Garrett E. Brown, Jr., Chief Judge
                                   United States District Court